UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM E. DONN,

    Plaintiff,

v.                                                          Case No. 8:20-cv-1946-T-KKM-TGW

FLORIDA RECOVERY AGENCY, LLC,
et al.,

    Defendants.
_____/

## **ORDER**

The parties jointly move for court approval of their settlement agreement. (Doc. 23). In this motion, the parties ask the Court to review their settlement of Plaintiff's Fair Labor Standards Act claims. Having reviewed the settlement agreement and upon due consideration of the motion and the record in this case, the Court finds that the settlement agreement in this case is a fair and reasonable resolution of a bona fide dispute over provisions of the Fair Labor Standards Act.

Accordingly, the following is **ORDERED**:

1. The parties' Joint Motion to Approve Settlement (Doc. 23) is **GRANTED**.

2. The case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on February 26, 2021.

*/s/ Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge